UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL BERKOWITZ,<br>MARYGRACE BERKOWITZ,<br><br>               Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF<br>AMERICA, a foreign for profit insurance<br>corporation,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.:  CIV-14-333-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties, through their legal counsel, and hereby stipulate and agree that the above-captioned action should be dismissed with prejudice to any further litigation pertaining to all matters involved herein.  A compromise settlement covering all claims that were asserted, or which could have been asserted, has been reached, with each party bearing their own attorney fees and costs.

Said parties hereby request the Court Clerk show this action to be dismissed with prejudice pursuant to this stipulation, effective immediately.

Respectfully submitted,

s/ Michael D. McGrew
Michael D. McGrew, OBA #13167
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone: 405-235-9909
Facsimile: 405-235-9929
Email: mcgrewslaw@yahoo.com
***Attorney for Plaintiffs***


s/ Keith F. Givens
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
TimC@wcalaw.com
KeithG@wcalaw.com
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 236-2600
(405) 236-2607 (Fax)
***Attorneys for Defendant,***
***Safeco Insurance Company of America***